UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUDITH DIGHELLO,
    *Plaintiff*,　　　　　　　　　　　　　　　　　　　　　　　　Civil No. 3:16CV1340 (CSH)

V.

THURSTON FOODS, INC.,　　　　　　　　　　　　　　　　　　　　　December 10, 2018
    *Defendant*.

## JUDGMENT

This matter came on for consideration on the Defendant's Motion for Summary Judgment [Doc. #33] before the Honorable Charles S. Haight, Jr., United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motion and on December 3, 2018 entered a Ruling [Doc. #41] GRANTING in part and DENYING in part Defendant's Motion.

It is therefore ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the Defendant, Thurston Foods, as to Counts Two, Three, Five, and Six of the Complaint. As to the remaining state law claims in counts One, Four, Seven, Eight, and Nine of the Complaint, the Court declines to exercise supplemental jurisdiction over them and REMANDS them to the Connecticut Superior Court for the Judicial District of New Haven at Meriden and the case is closed.

Dated at New Haven, Connecticut, this 10th day of December, 2018.

                                                        ROBIN D. TABORA, Clerk

                                                        By_____/s/_____
                                                          Breigh Freberg, Deputy Clerk

EOD: December 10, 2018